UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | |
|---|---|
| PEGGYE BACKMAN, | |
| Plaintiff, | |
| | Civil Action No. 7:11-cv-212-FL |
| v. | |
| TAKEDA PHARMACEUTICAL COMPANY LIMITED, f/k/a TAKEDA CHEMICAL INDUSTRIES, LTD.; TAKEDA PHARMACEUTICALS NORTH AMERICA, INC.; TAKEDA PHARMACEUTICALS AMERICA, INC.; TAKEDA GLOBAL RESEARCH & DEVELOPMENT CENTER, INC.; ELI LILLY AND COMPANY, | |
| Defendants. | |

## ORDER FOR STAY OF DISCOVERY DUE TO CASE STATUS AND ANTICIPATED FORMATION OF MDL

This matter comes before this Court upon the Joint Motion of Plaintiff and Defendants for a stay of discovery due to the status of this case and the anticipated formation of an Actos multidistrict litigation ("MDL").

Having examined the Joint Motion of the parties, the Court now finds that for good cause shown, the Motion should be **GRANTED** and hereby Orders the following:

All discovery, including this Court's December 19, 2011 Initial Order Regarding Planning and Scheduling, is hereby stayed in the United States District Court for the Eastern District of North Carolina, so that discovery may proceed in this action in the Actos MDL, subject to further proceedings not inconsistent with the Actos MDL upon any remand from the MDL.

SO ORDERED, this 27th day of December, 2011.

HON. LOUISE W. FLANAGAN
United States District Court Judge